---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Patrick Moscatello, Esq. PM3747
90 Washington St.
Long Branch, NJ 07740
(732)-870-1370
Attorney for Debtors

---

In Re:

LOUIS F. SANTOS CASTILLO

Debtor(s).

Case No.: 10-36552/CMG

Chapter: 13

Hearing Date: 10/1/14

Judge: Christine M. Gravelle

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☐ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
☒ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The Debtors in the above-captioned Chapter 13 proceeding hereby object to the following:

1. ☐ Motion for Relief from the Automatic Stay filed by         , creditor. A hearing has been scheduled for       , 2014 at 9:00 am.

**OR**

☒ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for       , 2014 at 9:00 am.

☐ Certification of Default filed by       , creditor. I am requesting a hearing be scheduled on this matter.

**OR**

☐ Certification of Default filed by Standing Chapter 13 Trustee. I am requesting a hearing be scheduled on this matter.

Re:  In re Santos Castillo
Bky No.: 10-36552/CMG

    2  ☐  Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

    2  ☒  Payments have not been made for the following reasons and debtor proposes repayment as follows: <u>I expect to have sufficient funds to bring my account current by the hearing date in this matter.</u>

    2  ☐  Other: _____

3. This certification is being made in an effort to resolve the issues raised by the creditor in its Motion.

Re: In re Santos Castillo
Bky No.: 10-36552/CMG

4. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Date: 9/22/14

_____
Louis F. Santos Castillo